NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD T. BOWEN,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2010-3065

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090040-I-2.

---

## ON MOTION

---

## ORDER

Upon consideration of the Department of the Navy's motion for a 15-day extension of time, until June 11, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 8 2010**
———————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ali Mehboob Sachani, Esq.
    Allison Kidd-Miller, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 8 2010**

**JAN HORBALY**
**CLERK**